IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OLIVIA WINTZ,

   Plaintiff,

     v.

AMERICAN HOME MORTGAGE SERVICING INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:09-CV-1031-TWT

ORDER

This case arises out of a foreclosure action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 25]. The Plaintiff's Objections to the Report and Recommendation are without merit. The amended complaint should be dismissed because it makes only conclusory allegations and fails to plead fraud with particularity. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 25] is GRANTED.

SO ORDERED, this 16 day of October, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge